# Exhibit A

```
<HELP> for explanation.                                              P143 Equity H P

Comp/CLOSE/PRICE                                                    Page  1 / 1
INTL BUSINESS MACHINES C (IBM      US)         PRICE 95.33      N    $   DELAYED
                                                          HI 89.57      ON  4/ 5/05
Range 4/ 5/05  to 4/15/05      Period D Daily            AVE 85.719     VL 9616978
                         USD   Market T Trade           LOW 76.70       ON  4/15/05
```

| | DATE | PRICE | VOLUME | DATE | PRICE | VOLUME | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|
| F | 4/15 | L76.70 | 27934400 | | | | | | |
| T | 4/14 | 83.64 | 10714500 | | | | | | |
| W | 4/13 | 84.57 | 7090900 | | | | | | |
| T | 4/12 | 85.75 | 8450500 | | | | | | |
| M | 4/11 | 86.20 | 8296500 | | | | | | |
| F | 4/ 8 | 87.60 | 5273400 | | | | | | |
| T | 4/ 7 | 88.44 | 6376500 | | | | | | |
| W | 4/ 6 | 89.00 | 7836800 | | | | | | |
| T | 4/ 5 | H89.57 | 4579300 | | | | | | |

```
Australia 61 2 9777 8600      Brazil 5511 3048 4500      Europe 44 20 7330 7500       Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
                                                                              G787-669-0 18-Dec-2006 10:23:36
```

```
<HELP> for explanation.                                          P143 Equity H P

C o m p / C L O S E / P R I C E                                  Page    1 / 1
INTL BUSINESS MACHINES C (IBM       US)         PRICE 96.00    N    $   DELAYED
                                                            HI 89.57   ON  4/ 5/05
Range  4/ 5/05  to  4/14/05    Period D Daily              AVE 86.846  VL  7327300
                         USD   Market  T Trade             LOW 83.64   ON  4/14/05
   DATE    PRICE    VOLUME    DATE   PRICE   VOLUME     DATE   PRICE    VOLUME
F
T   4/14  L83.64   10714500
W   4/13   84.57    7090900
T   4/12   85.75    8450500
M   4/11   86.20    8296500

F   4/ 8   87.60    5273400
T   4/ 7   88.44    6376500
W   4/ 6   89.00    7836800
T   4/ 5  H89.57    4579300
```

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2006 Bloomberg L.P.
G787-669-1 21-Dec-2006 08:37:20