# Exhibit E
# to Plaintiff's Memorandum of Law in Support of Motion for Class Certification
# (Removed for Confidentiality)