# Exhibit F
# to Plaintiffs' Memorandum of Law in Support of Motion for Class Certification
# (Removed for Confidentiality)